■ The People of the State of New York, Respondent, v Joseph Canning, Appellant.—Judgment of the Supreme Court, Kings County, rendered January 10, 1980 affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Titone, Mangano and Gibbons, JJ., concur.

■ The People of the State of New York, Respondent, v James M. Crider, Jr., Appellant.—Appeal by defendant from a judgment of the County Court, Nassau County, rendered December 7, 1979, convicting him of burglary in the third degree, grand larceny in the second degree, criminal possession of stolen property in the third degree, and unlawful possession of marihuana, upon a jury verdict, and imposing sentence. Judgment reversed, on the law, and new trial ordered. Under the circumstances of this case, at the time defendant was questioned by Detective William Noble he was in police custody and entitled to *Miranda* warnings. Absent such warnings, the statements made by the defendant to Detective Noble should have been suppressed. Damiani, J. P., Titone, Mangano and Gibbons, JJ., concur.